USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/24/2026



SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW

The Court is in receipt of Defendants' request for adjournment of the conference currently scheduled for March 12, 2027. The request is GRANTED on consent of all parties. The post-discovery conference shall take place on April 27, 2027, at 12:30 p.m. This conference will be held before Judge Román by Webex Teleconference. To access the teleconference, please follow these directions:
(1) Dial the Meeting Number: 855-244-8681;
(2) Enter the Access Code: 2310 494 3855 #; and
(3) press # again to enter the teleconference.
The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.
SO ORDERED.
Dated: November 24, 2026
White Plains, NY

Nelson S. Román, U.S. District Judge

MEMO ENDORSED

November 23, 2026

**VIA ECF**
Honorable Nelson S. Román
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal
Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *Best Resource Center, Inc. v. Newburgh ECSD, et al.*
Docket No.: 26-cv-2881(NSR)(AEK)

Dear Judge Román:

We represent Defendants the Newburgh Enlarged City School District and Dr. Jackielyn Manning-Campbell in the above-referenced matter. We write jointly on behalf of all parties to respectfully request an adjournment of the March 12, 2027 conference currently scheduled before Your Honor.

This is the first request for an adjournment. The reason for this request is because Judge Krause recently extended discovery deadlines for this matter. The deadline to complete all discovery is now April 12, 2027 (ECF 17).

Accordingly, the parties respectfully request that the March 12, 2027 conference be adjourned to a date convenient to the Court after April 12, 2027.

We thank the Court for its attention to this matter and consideration of this request.

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

By: */s/ Deanna L. Collins*
Deanna L. Collins
Attorneys for the Newburgh ECSD Defendants
(914) 574-4510
dcollins@silvermanandassociatesny.com

cc: All counsel of record (via ECF)